UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x    Docket No. 14 CV 1304
JAMES H. FISCHER,                                                    (Engelmayer, J.)

        Plaintiff,

        **NOTICE OF APPEARANCE**

– against –

STEPHEN T. FORREST,

        Defendant.
---------------------------------------------------------------x

**S I R S :**

    **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for the Defendant, Stephen T. Forrest, and demands that copies of all papers in this action be served upon the undersigned either at the office and post office address set forth below, or via Electronic Case Filing (ECF); and

    **PLEASE TAKE FURTHER NOTICE** that this firm will not accept service of any papers via facsimile or email transmission, except for automated emails 'bounces' from the Court that result from a document being filed via ECF.

Dated:    Huntington, New York
          April 17, 2014

        Yours, etc.,

        LAW OFFICES OF CAHN & CAHN, P.C.
        *Attorneys for Defendant*

        By:    */s/ Daniel K. Cahn*
            Daniel K. Cahn, Esq. (DC9791)
        Office & P.O. Address
        22 High Street, Suite 3
        Huntington, NY  11743
        (631) 752-1600
        dcahn@cahnlaw.com

TO: Mr. James H. Fischer, *Plaintiff pro se*
P.O. Box 287048
New York, NY 10128
james.fischer@gmail.com

Seth L. Hudson, Esq.
Clements Bernard PLLC
1901 Roxborough Road, Suite 250
Charlotte, NC 28211
shudson@worldpatents.com