LAW OFFICES OF

# CAHN & CAHN, P.C.

22 HIGH STREET, SUITE 3
HUNTINGTON, NEW YORK 11743

DANIEL K. CAHN
dcahn@cahnlaw.com

TELEPHONE: (631) 752-1600
FACSIMILE: (631) 752-1555
www.cahnlaw.com

Of Counsel:
RICHARD C. CAHN
rcahn@cahnlaw.com

June 18, 2014

*VIA ELECTRONIC CASE FILING (ECF)*

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *James H. Fischer v. Stephen T. Forrest*
      Docket No. 14cv1307 (PAE)

Dear Judge Engelmayer:

We are in receipt of your Honor's Order dated 6/13/14 which posted to ECF on 6/16/14, in which the parties were directed to "meet and confer" about the proceedings in both related cases by Friday 6/20.

I am currently out of state in Florida and will be away the remainder of this week, returning to the office on Monday 6/23. Mr. Fischer is aware of this fact as I advised him prior to my departure that I would be away 6/13 to 6/20 inclusive.

I have attempted to confer by way of email correspondence with Mr. Fischer over the past 3 days, but it is proving very difficult logistically to come to terms on a stipulation, particularly because I have proposed several different scenarios that would streamline the proceedings in both related actions, but Mr. Fischer refuses to be reasonable. For example, I proposed a stipulation that would require defendant(s) to file one motion to dismiss addressed to both actions, and, if the motion is denied, then consolidating all discovery proceedings both actions, but Mr. Fischer refuses to agree to any reasonable arrangement (e.g., refusing to extend our deadline to file the motion to the date on which we would have to respond to the complaint in Fischer II; advising us that defendant is not entitled to any discovery whatsoever; and advising that plaintiff will not sit for a deposition.  These are, of course, completely unreasonable demands, and to make matters worse, Mr. Fischer continues to disparage and insult both my

LAW OFFICES OF
CAHN & CAHN, P.C.

client and myself in his communications.  I do not want to get the court involved in this dispute but would be glad to forward the correspondence referred to if requested.

Due to my absence from the office this week, I respectfully request that the deadline to meet and confer be extended to 6/27 so that I may telephone Mr. Fischer from my office and try to resolve some of these issues.

Thank you for your consideration of this request.

Respectfully,


*/s/ Daniel K. Cahn*
Daniel K. Cahn

DKC/

Cc:    James H. Fischer (via email james.fischer@gmail.com)