```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JAMES H. FISCHER,

                     Plaintiff,

      -v-

STEPHEN T. FORREST, SANDRA F. FORREST,

                     Defendants.

------------------------------------------------------------------X

14 Civ. 1307 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      Pursuant to the orders at docket numbers 44 and 48, plaintiff, who is proceeding pro se, was to file an Amended Complaint or an opposition to the motion to dismiss by July 30, 2014. On the morning of July 30, 2014, plaintiff emailed the Amended Complaint to the Court, with the request that the Court accept filing by email. The Court hereby accepts the email filing and deems the Amended Complaint timely filed. By August 25, 2014, defendants shall answer or move to dismiss the Amended Complaint in this case, *Fischer II*. Defendants have already moved to dismiss the Amended Complaint in *Fischer I*, No. 14 Civ. 1304. If defendants move to dismiss the Amended Complaint in *Fischer II*, plaintiff shall file a single memorandum of law opposing both motions to dismiss by September 22, 2014, and defendants shall file a single reply in support of both motions to dismiss by October 6, 2014.

      SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: August 4, 2014
       New York, New York