UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JAMES H. FISCHER,

                     Plaintiff,

  – against –

STEPHEN T. FORREST, JR. and SANDRA
F. FORREST,

                     Defendant.

-------------------------------------------------------------x

Docket No. 14 CV 1307
(PAE)

## NOTICE OF MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)

**PLEASE TAKE NOTICE,** that upon the pleadings and proceedings heretofore had herein; upon the Affirmation of Daniel K. Cahn dated August 25, 2014, and the accompanying Memorandum of Law, a motion will be made before Hon. Paul Engelmayer, at a date and time to be determined by the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint in Docket No. 14cv1307 filed on August 3, 2014, and each and every cause of action contained therein, and for such other, further, and/or different relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Local Civil Rule 6.1(b), you are required to serve your opposition papers, if any, within fourteen (14) days after service of the moving papers upon you.

Dated:   August 25, 2014
         Huntington, New York

                LAW OFFICES OF CAHN & CAHN, P.C.
                *Attorneys for Defendants*

                By:   */s/ Daniel K. Cahn*
                        Daniel K. Cahn, Esq. (DC9791)
                Office and P.O. Address
                22 High Street, Suite #3
                Huntington, NY 11743
                (631) 752-1600