# EXHIBIT 2

| | |
|---|---|
| 9410 Ginhouse Lane<br>Charlotte, NC 28277<br><br>Tax ID: 56-2076043 |     704.543.7995<br>888-292-4528 |

**Invoice    18657**

Seth L. Hudson, Esq.
Clements Bernard, PLLC
4500 Cameron Valley Parkway, Suite 350
Charlotte, NC 28211

1/1/2017

  

| Reporter |
|---|
| Berk |

| DESCRIPTION | AMOUNT |
|---|---:|
| Fischer v. Forrest deposition taken in Charlotte on 12/16/16<br><br>DEPOSITION OF SHANE GEBAUER<br>Copy of transcript - E-transcript only<br>PDF Exhibits | <br><br><br>245.00<br>8.00 |
| **Thank you for allowing Lowrance Reporting Service to serve you.**    **TOTAL**    **$253.00** | |

9410 Ginhouse Lane
Charlotte, NC 28277



704.543.7995
888-292-4528

Tax ID: 56-2076043

**Invoice   18761**

Seth L. Hudson, Esq.
Clements Bernard, PLLC
4500 Cameron Valley Parkway, Suite 350
Charlotte, NC 28211

2/23/2017

  

| Reporter |
|----------|
| CT |

| DESCRIPTION | AMOUNT |
|---|---|
| Fischer v. Forrest deposition taken in Charlotte on 2/10/17 | |
| DEPOSITION OF STEPHEN FORREST | |
| Copy of transcript - E-transcript only | 110.00 |
| DEPOSITION OF SANDRA FORREST | |
| One Copy of Transcript and Condensed Copy with Word Index | 70.00 |

| **Thank you for choosing Lowrance Reporting Service.** | TOTAL | $180.00 |
|---|---|---|

**Main:** 800-678-0166 # Deitz Court Reporting
**Fax:** 516-678-4488

100 Merrick Road, Suite 320W - Rockville Centre, NY 11570

**Fed Tax ID:** 47-2685460
Deposition Solutions LLC

*A Lexitas Company*

**Bill To:**
CLEMENTS BERNARD PLLC
Attn: SETH L. HUDON, ESQ.
4500 CAMERON VALLEY PARKWAY
SUITE 350
CHARLOTTE, NC 28211

File Number:
Index Number   1:14CV01307

JAMES FISCHER V FORREST

**Examination taken on 2/15/2017 of:**

JAMES HENDON FISCHER  EBT

Invoice Date **2/20/2017**
Invoice Number **484684**

Invoice Reprint Date 2/20/2018
Enclosed

O+2

|   | Your Total | $1,279.20 |
|---|---|---|
| Payment Received On: 2/20/2017 | In The Amount Of | $1,279.20 |
|   | Balance Due On This Invoice | $0.00 |

340332

*PLEASE NOTE OUR FED TAX ID HAS CHANGED - PLEASE ADJUST YOUR RECORDS ACCORDINGLY*
*FED TAX ID: 47-2685460*


*484684*